UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ERIC J. GOLDEN, derivatively on behalf of THE PRINCETON REVIEW, INC., <br><br> Plaintiff, <br><br> v. <br><br> DAVID LOWENSTEIN, JEFFREY R. CRISAN, RICHARD KATZMAN, MICHAEL A. KRUPKA, MICHAEL PERIK, JOHN S. SCHNABEL, DAVID L. WARNOCK, LINDA WHITLOCK, and ROBERT E. EVANSON, <br><br> Defendants, <br><br> and <br><br> THE PRINCETON REVIEW, INC., <br><br> Nominal Defendant. | Civil Action No. 11-11429-RGS |

## JOINT MOTION FOR DISMISSAL

Pursuant to Rules 23.1 and 41(a) of the Federal Rules of Civil Procedure, Plaintiff Eric J. Golden ("Plaintiff") and defendants David Lowenstein, Jeffrey R. Crisan, Richard Katzman, Michael A. Krupka, Michael Perik, John S. Schnabel, David L. Warnock, Linda Whitlock, and Robert E. Evanson (collectively, the "Individual Defendants"), and nominal defendant The Princeton Review, Inc. ("Princeton Review") (collectively with the Individual Defendants, "Defendants"), by and through their respective counsel, respectfully request that the Court enter an Order granting Plaintiff's request to voluntarily dismiss this action without prejudice. In support of this motion, the parties state as follows:

1. This is a derivative action (the "Derivative Action") brought by a shareholder of Princeton Review on August 10, 2011, claiming that Princeton Review has been damaged by

1

certain alleged breaches of fiduciary duty by the Individual Defendants.

2. The factual allegations forming the basis for this Derivative Action are similar to those set forth in *Washtenaw County Employees' Retirement System v. The Princeton Review, Inc.*, et al., Civ. No. 1:11-cv-11359-RGS (the "Class Action"), filed with this Court on July 29, 2011, as well as another derivative action, captioned *DiNicolo v. Perik*, et al., No. 1:11-cv-12008-RGS.

3. On September 28, 2012, all proceedings in this Derivative Action were stayed without prejudice to any party pending a final decision on defendants' motions to dismiss the Class Action.

4. On March 6, 2012, the Court granted defendants' motions to dismiss the Class Action with prejudice, and entered judgment for defendants in the Class Action that same day.

5. Plaintiff has agreed to voluntarily dismiss this Derivative Action without prejudice. Each party has agreed to bear its own costs, expenses, and attorneys' fees.

6. The parties submit that notice is not required, as the dismissal is without prejudice.

WHEREFORE, in consideration of the foregoing, the parties respectfully request that the Court enter the proposed Order below, dismissing this action without prejudice and with all parties bearing their own costs.

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| ERIC J. GOLDEN, derivatively on behalf of THE PRINCETON REVIEW, INC. | DAVID LOWENSTEIN, JEFFREY R. CRISAN, RICHARD KATZMAN, MICHAEL A. KRUPKA, MICHAEL PERIK, JOHN S. SCHNABEL, DAVID L. WARNOCK, LINDA WHITLOCK, ROBERT E. EVANSON, AND THE PRINCETON REVIEW, INC. |
| By his attorneys, | |
| /s/ Shannon L. Hopkins | By their attorneys, |
| Shannon L. Hopkins (BBO # 657485) LEVI & KORSINSKY, LLP 30 Broad Street, 15th Floor New York, New York 10004 Tel.: 212.363.7500 Fax: 212.363.7171 | /s/ Deborah S. Birnbach Deborah S. Birnbach (BBO # 628243) William B. Brady (BBO # 682366) Goodwin Procter LLP 53 State Street Boston, Massachusetts 02109 Tel.: 617.570.1000 Fax: 617.523.1231 |

Dated: April 9, 2012

## ORDER DISMISSING ACTION WITHOUT PREJUDICE

Having considered the parties' Joint Motion for Dismissal, the Court hereby dismisses the above-captioned action without prejudice and with all parties bearing their own costs.

IT IS SO ORDERED.

DATED: 4-11-12.

_____
HONORABLE RICHARD G. STEARNS
UNITED STATES DISTRICT JUDGE